IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID N. DUNLAP II and
SANDRA A. DUNLAP,

        Plaintiffs,

v.

CHASE HOME FINANCE, LLC.

        Defendant.

Case No. 2:11-CV-589
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court on Defendant Chase Home Finance, LLC's Motion to Dismiss (Doc. 6). Plaintiffs have not responded to Defendant's motion. In the event that Plaintiffs fail to respond within ten days of this Order, the Court will make a decision on Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

9-13-201
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE