IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID N. DUNLAP II and
SANDRA A. DUNLAP,

    Plaintiffs,

v.

    Case No. 2:11-CV-0589
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE ELIZABETH P. DEAVERS

CHASE HOME FINANCE, LLC,

    Defendant.

## ORDER

This matter is before the Court for consideration of Defendant Chase Home Finance, LLC's Motion to Dismiss for Failure to State a Claim (Doc. 6), which is unopposed by the Plaintiffs. Defendant's motion is **GRANTED**. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

12-2-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE