AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**DAVID N. DUNLAP, II and**
**SANDRA A. DUNLAP,**

        **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CHASE HOME FINANCE, LLC,**    CASE NO.  C2-11-0589
                                                                  JUDGE EDMUND A. SARGUS, JR.
        **Defendant.**                        MAGISTRATE JUDGE E.A. PRESTON DEAVERS

    ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

        **Pursuant to the ORDER filed December 2, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: December 2, 2011                                  JAMES BONINI, CLERK

                                                                         */S/ Andy F. Quisumbing*
                                                                           (By) Andy F. Quisumbing
                                                                           Courtroom Deputy Clerk